UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
RICHARD MEJIA,                                              :
:
                    Plaintiff,          :
:      22-CV-5315 (VSB)
          -against-                                :
:      **ORDER**
:
HOME RESERVE, LLC,                                          :
:
                  Defendant.          :
:
-----------------------------------------------------------X

**VERNON S. BRODERICK, United States District Judge**:

       It has been reported to the Court that the parties in this case have reached a settlement agreement.  Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: July 27, 2022
       New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge